IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDYTHE TURNER, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. 1:13 cv 4083 CC |
| PRIME CARE ONE, LLC and | ) |
| SUNRISE SENIOR LIVING SERVICES, | ) |
| INC. D/B/A BRIGHTON GARDENS OF | ) |
| BUCKHEAD; | ) |
| | ) |
| DEFENDANTS, | ) |

## DISMISSAL WITH PREJUDICE

COME NOW, Edythe Turner, by and through her counsel of record, and hereby dismisses with prejudice all defendants in the above referenced matter.

This 16th day of July, 2014.

                                          Respectfully submitted,

                                          */s/ William F. Holbert*
                                          William F. Holbert
                                          Georgia Bar No.: 360088
                                          Attorney for the Plaintiff

**SLOVER, PRIETO, MARIGLIANO**
**& HOLBERT, LLC**
Two Ravinia Drive, Suite 1330
Atlanta, GA  30346
(404) 856-0040

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EDYTHE TURNER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. 1:13 CV 4083 CC |
| PRIME CARE ONE, LLC and | ) |
| SUNRISE SENIOR LIVING SERVICES, | ) |
| INC.D/B/A BRIGHTON GARDENS OF | ) |
| BUCKHEAD; | ) |
| | ) |
| DEFENDANTS, | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Dismissal with Prejudice* upon all parties to this matter by use of the District Court's electronic filing system and/or by depositing a true and accurate copy of same in the United States mail, proper postage prepaid, addressed to counsel of record as follows:

Christian J. Lang, Esq.
Daniel N. Mills, Esq.
**HAWKINS PARNELL THACKSTON & YOUNG, LLP**
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308

This 16th day of July, 2014.

2

                          */s/ William F. Holbert*____  
                          William F. Holbert  
                          Georgia Bar No.: 360088  
                          Attorney for the Plaintiff

**SLOVER, PRIETO, MARIGLIANO & HOLBERT, LLC**  
Two Ravinia Drive, Suite 1330  
Atlanta, GA  30346  
(404) 856-0040