IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDYTHE TURNER,                      )
                                    )
     Plaintiff                  )
                                    )
v.                              )     CIVIL ACTION
                                  )     FILE NO.: 1:13 cv 4083 CC
PRIME CARE ONE, LLC and     )
SUNRISE SENIOR LIVING        )
SERVICES, INC.D/B/A BRIGHTON  )
GARDENS OF BUCKHEAD;      )
                                  )
DEFENDANTS,               )

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

COMES NOW Plaintiff Edythe Turner, by and through her attorneys of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, does hereby authorize and direct the Clerk of Court to enter on the records of the Court that the above-styled action is to be **DISMISSED WITH PREJUDICE**.

So Stipulated and Agreed by the parties this <u>22nd</u> day of August 2014.

*(Signature on next page)*

1

Respectfully submitted,


 s/ Michael A. Prieto, Esq.
Georgia Bar No.: 587236
Attorney for the Plaintiff
SLOVER, PRIETO, MARIGLIANO
& HOLBERT, LLC
Two Ravinia Drive, Suite 1330
Atlanta, GA 30346
Telephone: (404) 856-0040
Fasimile: (404) 856-0066
Email: mprieto@spmhlaw.com


 s/ Daniel N. Mills, Esq.
Georgia Bar No.: 144044
Attorney for the Defendants
HAWKINS, PARNELL, THACKSTON
& YOUNG, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
Telephone: (404) 614-7400
Fasimile: (404) 614-7500
Email: dmills@hptylaw.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDYTHE TURNER,                                          )
                                                       )
    Plaintiff                                      )
                                                       )
v.                                                     ) CIVIL ACTION
                                                       ) FILE NO. 1:13 cv 4083 CC
PRIME CARE ONE, LLC and                                )
SUNRISE SENIOR LIVING SERVICES, INC.                   )
D/B/A BRIGHTON GARDENS OF                               )
BUCKHEAD;                                               )
                                                       )
DEFENDANTS,                                            )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing *Stipulation of Dismissal with Prejudice* upon all parties to this matter by use of the District Court's electronic filing system and/or by depositing a true and accurate copy of same in the United States mail, proper postage prepaid, addressed to counsel of record as follows:

David C. Marshall, Esq.
Christian J. Lang, Esq.
Daniel N. Mills, Esq.
HAWKINS PARNELL THACKSTON & YOUNG, LLP
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA  30308

3

Respectfully submitted this <u>22nd</u> day of August, 2014.

<div style="margin-left: 50%;">

 <u>*s/ Michael A. Prieto*</u>
Michael A. Prieto
Georgia Bar No.: 587236
Attorney for Plaintiff
**SLOVER, PRIETO, MARIGLIANO & HOLBERT, LLC**
Two Ravinia Drive, Suite 1330
Atlanta, Georgia 30346
Telephone: (404) 856-0040
Fasimile: (404) 856-0066
Email: mprieto@spmhlaw.com

</div>